UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

```
-----------------------------------------------------------------X
                                                                 :
MALIBU MEDIA, LLC,                                               :
                                                                 :  Civil Action No. 1:16-cv-00193-FJS-DEP
                              Plaintiff,                         :
                                                                 :
              vs.                                                :
                                                                 :
GEORGE TUSANG,                                                   :
                                                                 :
                              Defendant.                         :
-----------------------------------------------------------------X
```

**PLAINTIFF'S NOTICE OF SETTLEMENT**
<u>**WITH DEFENDANT GEORGE TUSANG**</u>

**PLEASE TAKE NOTICE,** Plaintiff, Malibu Media, LLC, has settled this matter with Defendant, George Tusang, subscriber assigned IP address 67.240.89.89 ("Defendant") through his counsel, Melissa Brabender.  Upon satisfaction of the terms of the parties' settlement agreement, to which Defendant still has executor obligations, Plaintiff will dismiss Defendant from this action with prejudice.

Dated:  October 27, 2016

Respectfully submitted,

By:  /s/ *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue
Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net
*Attorneys for Plaintiff*

IT IS SO ORDERED:

_____
David E. Peebles
U.S. Magistrate Judge

Dated:  10/31/2016

1